FILED

MAR 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 CR 254- GT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.07 0183 |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| | ) **TO EXONERATE** |
| | ) **BOND OF A MATERIAL WITNESS** |
| v. | ) **AND REFUND DEPOSIT TO SURETY** |
| | ) |
| RAFAEL LEMUS, | ) |
| | ) |
| | ) **MATERIAL WITNESS:** |
| Defendant. | ) **PABLO OCHOA-HERNANDEZ** |
| | ) |
| _____ | ) |

### ORDER

**IT IS ORDERED** that bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness PABLO OCHOA-HERNANDEZ, shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

**MARIA DOMINGUEZ-ZEPEDA**
**41455 151st Street**
**Lancaster CA 93535**

DATED: 3/13/2007

_____
United States Judge
MAGISTRATE